# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA MORALES, | Case No. 1:16-cv-01014-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 13.)** |
| FINANCIAL CREDIT NETWORK, INC., | |
| Defendant. | |

On April 20, 2017, the parties filed a joint Stipulation to Dismiss with Prejudice, in which the parties notify the Court that they "stipulate to the dismissal of this matter . . . with prejudice." (Doc. 13.) This stipulation is signed by all parties who have appeared in this action. (*See id.*) As such, this matter has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **April 24, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE